```
GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey 08625-0112
Attorney for Defendants State of New Jersey, New Jersey State
Police, Colonel Patrick Callahan, Attorney General of the State
of New Jersey, Gurbir Grewal, and New Jersey Department of Law
and Public Safety.

By:   Suzanne Davies
      Deputy Attorney General
      (609) 376-2948
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| FRANKLIN ARMORY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEW JERSEY, et al,<br><br>　　　　Defendant. | Civil Action No.<br>19-19323 (FLW/ZNQ)<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER** |

Application is hereby made for a Clerk's Order extending time within Defendants may answer, move, or otherwise reply to the Complaint filed by Plaintiff Franklin Armory, Inc. herein and it is represented that:

1. No previous extension has been obtained on behalf of these Defendants on this docket, 19-cv-19323;

2. Service of Process was effectuated upon Defendants on December 12, 2019;

3. Time to answer, move, or otherwise reply expires on January 2, 2020;

4. Defendants now seek a Clerk's Extension extending their time to answer.

                              GURBIR S. GREWAL
                              ATTORNEY GENERAL OF NEW JERSEY

                        By:  /s/ Suzanne Davies
                              Suzanne Davies
                              Deputy Attorney General
                              (609)376-2948
                              Suzanne.davies@law.njoag.gov