GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey 08625-0112
Attorney for Defendants State of New Jersey, New Jersey State Police, Colonel Patrick Callahan, Attorney General of the State of New Jersey, Gurbir Grewal, and New Jersey Department of Law and Public Safety.

By:  Suzanne Davies
     Deputy Attorney General
     (609) 376-2948

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| FRANKLIN ARMORY, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE OF NEW JERSEY, et al,<br><br>            Defendant. | Civil Action No.<br>19-19323 (FLW/ZNQ)<br><br>**ORDER** |

The above application is ORDERED GRANTED.  Defendants' time to answer, move, or otherwise reply is extended to **January 16, 2020**.

ORDER DATED :_____

                              WILLIAM T. WALSH, Clerk

                              By:  _____
                                   Deputy Clerk