GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey 08625-0112
Attorney for Defendants State of New Jersey, New Jersey State Police, Attorney General of the State of New Jersey, Gurbir Grewal, New Jersey Department of Law and Public Safety, Colonel Patrick A. Callahan

By:  Suzanne Davies
     Deputy Attorney General
     (609) 633-3985
     Suzanne.davies@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| FRANKLIN ARMORY, INC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEW JERSEY, et al,<br><br>　　　　　Defendant. | Civil Action No.<br>19-19323 (FLW/ZNQ)<br><br>**NOTICE OF MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO FED. R. CIV. P. 6(b)(1)(B)** |

**PLEASE TAKE NOTICE** that on January 16, 2020, the undersigned, Gurbir Grewal, Attorney General of New Jersey, by Suzanne Davies, Deputy Attorney General, as Attorney for Defendants State of New Jersey, New Jersey State Police, Attorney General of the State of New Jersey, Gurbir Grewal, New Jersey Department of Law and Public Safety, Colonel Patrick A. Callahan, shall move before the Honorable Zahid N. Quraishi, U.S.M.J., in the United States Court

House, Trenton, New Jersey, pursuant to Fed. R. Civ. P. 6(b)(1)(B) for an Order extending time for Defendants to answer, move or otherwise reply to Plaintiff's Complaint, twenty one days to February 6, 2020. Defendants will rely on the Declaration of Suzanne Davies being filed simultaneously with this Notice of Motion.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring the appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of Order is attached hereto.

        GURBIR S. GREWAL
        ATTORNEY GENERAL OF NEW JERSEY

By:  /s/ Suzanne Davies
     Suzanne Davies
     Deputy Attorney General
     (609)376-2948
     Suzanne.davies@law.njoag.gov

DATED: January 16, 2020