GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey 08625-0112
Attorney for Defendants State of New Jersey, New Jersey State
Police, Attorney General of the State of New Jersey, Gurbir
Grewal, New Jersey Department of Law and Public Safety, Colonel
Patrick A. Callahan

By:  Suzanne Davies
     Deputy Attorney General
     (609) 633-3985
     Suzanne.davies@law.njoag.gov

                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                    VICINAGE OF TRENTON

| | |
|---|---|
| FRANKLIN ARMORY, INC, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEW JERSEY, et al, <br><br> Defendant. | Civil Action No. 19-19323 (FLW/ZNQ) <br><br> **ORDER** |

**THIS MATTER** having come before the Court on the motion of Gurbir S. Grewal, Attorney General of New Jersey, by Suzanne Davies, Deputy Attorney General, on behalf of Defendants State of New Jersey, New Jersey State Police, Attorney General of the State of New Jersey, Gurbir Grewal, New Jersey Department of Law and Public Safety, Colonel Patrick A. Callahan pursuant to Fed. R. Civ. P. 6(b)(1)(B); and the Court having considered the papers

submitted herein, this matter being decided under Fed. R. Civ. P. 78, and for good cause shown:

IT IS on this \_\_\_17th\_\_\_ day of \_\_\_January\_\_\_, 20_20_;

**ORDERED** that Defendants State of New Jersey, New Jersey State Police, Attorney General of the State of New Jersey, Gurbir Grewal, New Jersey Department of Law and Public Safety, Colonel Patrick A. Callahan are hereby granted leave to answer, move or otherwise reply to Plaintiff's Amended Complaint on or before February 6, 2020.

_____
HONORABLE Zahid N. Quraishi
United States Magistrate Judge