```
GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey 08625-0112
Attorney for Defendants State of New Jersey, New Jersey State
Police, Attorney General of the State of New Jersey, Gurbir Grewal,
New Jersey Department of Law and Public Safety, Colonel Patrick A.
Callahan

By:  Suzanne Davies
     Deputy Attorney General
     (609) 633-3985
     Suzanne.davies@law.njoag.gov
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| FRANKLIN ARMORY, INC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEW JERSEY, et al,<br><br>　　　　Defendant. | Civil Action No.<br>19-19323 (FLW/ZNQ)<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion of Gurbir S. Grewal, Attorney General of New Jersey, by Suzanne Davies, Deputy Attorney General, on behalf of Defendants State of New Jersey, New Jersey State Police, Attorney General of the State of New Jersey, Gurbir Grewal, New Jersey Department of Law and Public Safety, Colonel Patrick A. Callahan  pursuant to Fed. R. Civ. P. 6(b)(1)(B); and the Court having considered the papers

submitted herein, this matter being decided under Fed. R. Civ. P. 78, and for good cause shown:

IT IS on this _____ day of _____, 20\_\_\_;

**ORDERED** that Defendants State of New Jersey, New Jersey State Police, Attorney General of the State of New Jersey, Gurbir Grewal, New Jersey Department of Law and Public Safety, Colonel Patrick A. Callahan are hereby granted a thirty-day (30) extension to answer, move or otherwise reply to Plaintiff's Amended Complaint on or before March 7, 2020.

_____
HONORABLE Zahid N. Quraishi
United States Magistrate Judge