GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendants State of New Jersey, New Jersey State Police, Attorney General of the State of New Jersey, New Jersey Department of Law and Public Safety, Callahan, and Grewal*

By: Michael Vomacka
    Deputy Attorney General
    (609) 376-3223
    Michael.Vomacka@law.njoag.gov

By: Suzanne Davies
    Deputy Attorney General
    (609) 376-2948
    Suzanne.Davies@law.njoag.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON**

| | |
|---|---|
| FRANKLIN ARMORY, INC. | HON. FREDA L. WOLFSON, U.S.D.J. |
| | HON. ZAHID N. QURAISHI, U.S.M.J. |
| Plaintiff, | |
| | Civ. Dkt. No. 3:19-cv-19323 |
| v. | |
| | DEFENDANTS' NOTICE OF MOTION TO |
| STATE OF NEW JERSEY, et al. | DISMISS PLAINTIFF'S COMPLAINT |
| Defendants. | |

PLEASE TAKE NOTICE that on **April 6, 2020**, or as soon as may be heard, Defendants State of New Jersey, New Jersey State Police, Attorney General of the State of New Jersey, New Jersey Department of Law and Public Safety, Callahan, and Grewal will

move before this Honorable Court for an Order dismissing Plaintiff's Complaint.

Defendants have filed a brief in support of their motion.

It is respectfully requested that the court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of order is attached hereto.

> GURBIR S. GREWAL
> ATTORNEY GENERAL OF NEW JERSEY
>
> By:   s/ Michael Vomacka
> Michael Vomacka
> Deputy Attorney General