

| NEW JERSEY | NEW YORK | PENNSYLVANIA |
|---|---|---|
| 30 Columbia Tpk. Ste. 205 Florham Park, NJ 07932 973.245-8100 | 445 Hamilton Ave. Ste. 1102 White Plains, NY 10601 914.287-7711 | One Liberty Place 1650 Market St., Ste. 360 Philadelphia, PA 19103 267.817.9880 |

www.pisciotti.com

Sender's email: dlallis@pisciotti.com

April 29, 2021

**VIA ECF**

Clerk of Court
United States District Court
District of New Jersey
Clarkson S. Fisher Building
& United States Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    **Franklin Armory, Inc. v. State of New Jersey, et al.**
              **Case No. 3:19-cv-19323-FLW-ZNQ**

Dear Sir or Madam:

      The undersigned represents Plaintiff Franklin Armory, Inc. ("Franklin Armory") in connection with the referenced matter, and I am writing pursuant to Local Civil Rule 7.1(d)(5) for an automatic extension of time to respond and/or move in opposition to Defendants' Motion to Dismiss (Dkt. No. 26). The originally noticed motion day (May 17, 2021) has not previously been extended or adjourned, and the current opposition deadline (May 3, 2021) has not yet elapsed. The new motion day is **June 7, 2021**, and the new deadline to respond to the pending motion is **May 24, 2021**.

      Thank you for your attention to this matter.

      Respectfully submitted,

**PISCIOTTI LALLIS ERDREICH**

s/Danny C. Lallis

Danny C. Lallis

cc:    All Counsel of Record (via ECF)

**CERTIFICATE OF SERVICE**

  I, Danny C. Lallis, attorney for the plaintiff in the above-captioned matter, hereby certify that on the 29th day of April 2021, a true copy of the foregoing was electronically filed and is available for viewing and downloading from the Court's Electronic Filing System ("ECF"), which caused the following parties who are listed as ECF Filing Users to be served by electronic means:

Suzanne Davies, Esq.
Michael Vomacka, Esq.
Deputy Attorney General
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey 08625-0112
suzanne.davies@law.njoag.gov
michael.vomacka@law.njoag.gov

Dated: Florham Park, New Jersey
    April 29, 2021

            By: <u>s/ Danny C. Lallis</u>
               Danny C. Lallis

