UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANKLIN ARMORY, INC., <br><br> Plaintiff, <br><br> v. <br><br> COL. PATRICK A. CALLAHAN, individually and in his capacity as Superintendent of New Jersey State Police; ATTORNEY GENERAL OF THE STATE OF NEW JERSEY GURBIR GREWAL, individually and his official capacity as Attorney General, DETECTIVE BRETT C. BLOOM; DETECTIVE J. HEARNE; LT. STEPHEN MAZZAGATTI; DEPUTY ATTORNEY GENERAL MARYBETH WOODS; and JOHN DOES 1- 10, fictitious parties, <br><br> Defendants. | Civ. Action No. 19-19323 (FLW) <br><br> **ORDER** |

**THIS MATTER** having been opened to the Court upon a motion to dismiss by Suzanne Davies, Esq., counsel for defendants Patrick A. Callahan, Gurbir Grewal,[1] and MaryBeth Woods ("Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(6); it appearing that plaintiff Franklin Armory, Inc. ("Plaintiff"), by and through its counsel Danny C. Lallis, Esq., opposes the motion; the Court having considered the submissions of the parties pursuant to Federal Rule of Civil Procedure 78, and for good cause shown,

**IT IS** on this 29th day of November, 2021:

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**; and it is further

---

[1] Grewal is no longer the Attorney General. Accordingly, the Acting Attorney General, Andrew Bruck, is automatically substituted. Fed. R. Civ. P. 25(d).

**ORDERED** that Plaintiff is given leave to amend its Complaint to replead Counts One and Two with respect only to its Second Amendment claim, in accordance with the Opinion accompanying this Order, within thirty (30) days of the date of this Order.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
U.S. Chief District Judge